IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 1 7 2006

KENNETH S. GARDNER, CLERK
PS REP - KEY

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 05-30206 |
| JESSE W. PLUMLEE, JR., and | ) Chapter 13 |
| SANDRA R. PLUMLEE | ) Judge |
| Debtor | ) |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Comes now FIRST FEDERAL SAVINGS BANK, a secured Creditor, by and through counsel, and in response to the Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan states that debtor has not cured the arrearage provided for in the proof of claim filed by FIRST FEDERAL SAVINGS BANK. In support thereof, FIRST FEDERAL SAVINGS BANK provides this statement of outstanding obligations.

1.     FIRST FEDERAL SAVINGS BANK holds a secured interest in the debtor's property at 3465 John Taylor Road, Woodlawn, TN 37191. This interest is secured by a deed of trust recorded in the Register of Deeds Office for Montgomery County, Tennessee, Volume 536, Page 298. This deed of trust was attached to the proof of claim filed by FIRST FEDERAL SAVINGS BANK in this matter.

2.     On August 29, 2005, FIRST FEDERAL SAVINGS BANK filed two proofs of claim in this matter. One in the amount of $77,490.66 for the outstanding principal interest with a continuing monthly payment of $801 at 9% interest. The second claim was in the amount of $5,326.20 for the amount in arrears at the time of the bankruptcy filing.

3.     The Debtors plan was confirmed as proposed on October 20, 2005. The plan provided a continuing monthly payment of $805 and provided for the arrearage to be cured by pro rata payments with the payments to secured creditors.

4.     **Principal** - As of the date of the Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan, the Debtors owe Seventy Three Thousand Six Hundred Twenty Nine dollars and 69/100 (73,629.69) for the principal balance. This amount is payable in continuing monthly payments of $805 in accordance with the plan. Debtors have failed to pay their December payment.

5.     **Arrears** - The Debtors also continue to owe Five Thousand Sixty Nine dollars and 24/100 (5,069.24) in arrears. This amount is payable pro rata with payments on secured claims.

Respectfully submitted,

BATSON, NOLAN, WILLIAMSON,
PEARSON & MILLER

By: _____
Matthew J. Ellis, BPR No. 023615
Attorney for Creditor
First Federal Savings Bank
121 South Third Street
Clarksville, Tennessee 37040
(931) 647-1501

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice, has been mailed, postage prepaid, or hand delivered to the **Jesse W. Plumlee, Jr.**, Debtor, P.O. Box 339, Oswego, IL 60543-0339, **Sandra R. Plumlee**, Debtor, 410 South 4th Street, Aurora, IL 60505, **The Honorable Gina B Krol, Cohen and Krol**, Debtors Attorey, 105 West Madison St, Suite 1100, Chicago, IL 60602, and **The Honorable Glen R. Stearns**, Standing Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532, on this the ___ll___ day of January, 2006.

BATSON, NOLAN, WILLIAMSON,
PEARSON & MILLER

By:_____
        Matthew J. Ellis

G:\WILLIAM\BANKRUPTCY (CREDITOR)\FIRST FEDERAL\PLUMLEE, JESSE & SANDRA\Statement of obligations.frm